■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAHEEM CHAVIS, Appellant. [51 NYS3d 897]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 24, 1997 (*People v Chavis*, 237 AD2d 527 [1997]), determining an appeal from a judgment of the Supreme Court, Richmond County, rendered May 25, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Hall, J.P., Sgroi, Maltese and LaSalle, JJ., concur.